IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

CATHIE S OTTINGER &                             Chapter 13
TERRY D OTTINGER dba
OTTINGER TRANSPORTATION            Bk No. 14-30302

       Debtors.

## AGREED ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY

This matter is before the Court on the Debtors' Motion to Extend Automatic Stay and on the Objection to Debtors' Motion filed by Wells Fargo Bank, N.A.. The Court having jurisdiction over the parties and the subject matter, and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the automatic stay shall not be imposed as to Wells Fargo Bank, N.A. due to Debtors' prior case dismissal, which followed stay relief being obtained by Wells Fargo Bank, N.A. Leave is hereby granted to Wells Fargo Bank, N.A., and its successors and assigns to proceed with the foreclosure and eviction of the Mortgage on the property located at 1309 Deerfield Lane, Collinsville, IL 62234.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

Agreed:     /s/J.D. Graham                                       /s/ Cheryl Considine
                 J.D. Graham                                           Cheryl Considine
                 Debtors' Counsel                            Attorney for Wells Fargo Bank, N.A.

                 /s/ Russell C. Simon
                 Russell C. Simon
                 Chapter 13 Trustee

ENTERED: April 11, 2014

                                       /s/ Laura K. Grandy
                                   UNITED STATES BANKRUPTCY JUDGE